# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MORLOCK, WENDY M | § | Case No. 10-14690 MJK |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS J. GAFFNEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on            .  The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS J. GAFFNEY
_____
                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) (Page: 3)

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS GAFFNEY | | | | | |
| THOMAS GAFFNEY | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | HSBC Bank Nevada, N.A. c/o Bass & Associates, P.C. HSBC Bank Nevada, N.A.(BON TON) Attn: Bankruptcy Po Box 15522 Wilmington, DE 19850 | | | | | |
| | Hsbc Ins Lns Po Box 2013 Buffalo, NY 14240 | | | | | |
| 000002 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | HSBC BANK NEVADA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) (Page: 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    10-14690    MJK   Judge: MICHAEL J. KAPLAN

Case Name:    MORLOCK, WENDY M

For Period Ending: 11/15/12

Trustee Name:    THOMAS J. GAFFNEY

Date Filed (f) or Converted (c):   10/31/10 (f)

341(a) Meeting Date:    12/07/10

Claims Bar Date:    04/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead (In re Martinez; 392 B.R. 53, Bkrtcy.E | 48,600.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; | | | | | |
| 2. Cash on Hand | 100.00 | 100.00 | | 100.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | | | | | |
| 3. Bed, Chairs, Coffee Table, Dishwasher, Dressers, | 3,000.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original exemption amount: 0.00 | | | | | |
| 4. Clothes | 300.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original exemption amount: 0.00 | | | | | |
| 5. Whole Life:John Hancock | 5,000.00 | 5,000.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 29 | | | | | |
| 6. 401-k: Wells Fargo Retirement Plan | 94,888.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original exemption amount: 0.00 | | | | | |
| 7. 2002 Chevy Trailblazer - 110k Paid 6k March, 200 | 4,050.00 | 1,650.00 | | 1,200.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1; Imported from Amended Doc#: 29; Original exemption amount: 0.00 | | | | | |
| 8. TAXES (U) (u) | 0.00 | 0.00 | | 4,790.90 | FA |
|    Orig. Asset Memo: Federal; | | | | | |
| 9. ERISA DEATH BENEFIT (u) | 0.00 | 0.00 | | 0.00 | FA |
| 10. ERISA Death benefit - Property in trust, insuran | 2,000.00 | 1,847.10 | | 1,847.10 | FA |
|    Orig. Asset Memo: Imported from Amended Doc#: 29; Original petition value: 0.00; Original asset description: ERISA DEATH BENEFIT | | | | | |

Case No:          10-14690      MJK    Judge: MICHAEL J. KAPLAN

Case Name:     MORLOCK, WENDY M

Trustee Name:                                    THOMAS J. GAFFNEY

Date Filed (f) or Converted (c):       10/31/10 (f)

341(a) Meeting Date:                         12/07/10

Claims Bar Date:                               04/09/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.28 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $157,938.00 | $8,597.10 | | $7,938.28 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 12/31/12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-14690 -MJK | Trustee Name: | THOMAS J. GAFFNEY |
|---|---|---|---|
| Case Name: | MORLOCK, WENDY M | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******1465  Money Market Account |
| Taxpayer ID No: | *******9201 | | |
| For Period Ending: | 11/15/12 | Blanket Bond (per case limit): | $ 31,387,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/22/11 | | IRS | #222145910572 | | 4,888.00 | | 4,888.00 |
| | 8 | | Memo Amount:        4,790.90 | 1224-000 | | | |
| | | | TAX REFUND | | | | |
| | 7 | | Memo Amount:          97.10 | 1129-000 | | | |
| | | | AUTO | | | | |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,888.03 |
| 08/04/11 | | Dennis Gaughan | PROCEEDS | | 1,202.90 | | 6,090.93 |
| | | | DEPOSIT CHECK #6715 | | | | |
| | 2 | | Memo Amount:         100.00 | 1129-000 | | | |
| | | | CASH | | | | |
| | 7 | | Memo Amount:        1,102.90 | 1129-000 | | | |
| | | | AUTO | | | | |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 6,090.97 |
| 09/14/11 | 9 | dennis gaughan | PROCEEDS | 1290-000 | 797.10 | | 6,888.07 |
| | | | DEPOSIT CHECK #6726 | | | | |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 6,888.12 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 6,863.12 |
| 10/11/11 | 10 | Sandra & John Thomas | PROCEEDS | 1129-000 | 175.00 | | 7,038.12 |
| | | 18 Josie Place | DEPOSIT CHECK #1026 | | | | |
| | | Buffalo, NY  14220 | | | | | |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,038.17 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,013.17 |
| 11/02/11 | 10 | Sandra Thomas | PROCEEDS | 1129-000 | 175.00 | | 7,188.17 |
| | | | DEPOSIT CHECK #1027 | | | | |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,188.22 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,163.22 |
| 12/30/11 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,163.28 |
| 01/05/12 | | Transfer to Acct #*******3779 | Bank Funds Transfer | 9999-000 | | 7,163.28 | 0.00 |
| | | | Page Subtotals | | 7,238.28 | 7,238.28 | |

Ver: 17.00b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-14690 -MJK | |
| Case Name: | MORLOCK, WENDY M | |
| | | |
| Taxpayer ID No: | *******9201 | |
| For Period Ending: | 11/15/12 | |

| | |
|---|---|
| Trustee Name: | THOMAS J. GAFFNEY |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******1465  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 31,387,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 6,090.90 | COLUMN TOTALS | 7,238.28 | 7,238.28 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 0.00 | 7,163.28 | |
| | | Subtotal | 7,238.28 | 75.00 | |
| Memo Allocation Net: | 6,090.90 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 7,238.28 | 75.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.00b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-14690 -MJK |
| Case Name: | MORLOCK, WENDY M |
| | |
| Taxpayer ID No: | *******9201 |
| For Period Ending: | 11/15/12 |

| | |
|---|---|
| Trustee Name: | THOMAS J. GAFFNEY |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******1466  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 31,387,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.00b

| Case No: | 10-14690 -MJK | | Trustee Name: | THOMAS J. GAFFNEY |
| Case Name: | MORLOCK, WENDY M | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******3779 Checking Account |
| Taxpayer ID No: | *******9201 | | | |
| For Period Ending: | 11/15/12 | | Blanket Bond (per case limit): | $ 31,387,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/05/12 | | Transfer from Acct #*******1465 | Bank Funds Transfer | 9999-000 | 7,163.28 | | 7,163.28 |
| 01/31/12 | 10 | Debtor | | 1129-000 | 175.00 | | 7,338.28 |
| 01/31/12 | 10 | Debtor | | 1129-000 | 175.00 | | 7,513.28 |
| 02/14/12 | 10 | WENDY M MORLOCK 111 MACAMLEY STREET BUFFALO, NY 14220-1221 | | 1129-000 | 175.00 | | 7,688.28 |
| 02/27/12 | 10 | WENDY M MORLOCK 111 MACAMLEY STREET BUFFALO, NY 14220-1221 | | 1129-000 | 175.00 | | 7,863.28 |
| 09/13/12 | 001001 | THOMAS GAFFNEY 80 WEST HURON STREET BUFFALO, NY 14202 | Chapter 7 Compensation/Fees | 2100-000 | | 1,543.83 | 6,319.45 |
| 09/13/12 | 001002 | THOMAS GAFFNEY 80 WEST HURON STREET BUFFALO, NY 14202 | Chapter 7 Expenses | 2200-000 | | 23.77 | 6,295.68 |
| 09/13/12 | 001003 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000001, Payment 17.250% | 7100-000 | | 50.83 | 6,244.85 |
| 09/13/12 | 001004 | Capital One Bank (USA), N.A. PO Box 248839 Oklahoma City, OK 73124-8839 | Claim 000002, Payment 17.250% | 7100-000 | | 2,171.07 | 4,073.78 |
| 09/13/12 | 001005 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000003, Payment 17.250% | 7100-000 | | 530.57 | 3,543.21 |
| 09/13/12 | 001006 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Claim 000004, Payment 17.250% | 7100-000 | | 3,543.21 | 0.00 |

Page Subtotals    7,863.28    7,863.28

Ver: 17.00b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-14690 -MJK | | Trustee Name: | THOMAS J. GAFFNEY |
|---|---|---|---|---|
| Case Name: | MORLOCK, WENDY M | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******3779  Checking Account |
| Taxpayer ID No: | *******9201 | | | |
| For Period Ending: | 11/15/12 | | Blanket Bond (per case limit): | $ 31,387,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 7,863.28 | 7,863.28 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | | 7,163.28 | 0.00 | |
| | | | | Subtotal | | 700.00 | 7,863.28 | |
| | | Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | | 0.00 | |
| | | | | Net | | 700.00 | 7,863.28 | |
| | | | | | | NET | ACCOUNT | |
| | | Total Allocation Receipts: | 6,090.90 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE | |
| | | Total Allocation Disbursements: | 0.00 | Money Market Account - *******1465 | 7,238.28 | 75.00 | 0.00 | |
| | | | | Checking Account - *******1466 | 0.00 | 0.00 | 0.00 | |
| | | Total Memo Allocation Net: | 6,090.90 | Checking Account - *******3779 | 700.00 | 7,863.28 | 0.00 | |
| | | | | | ------------------------- | ------------------------- | ------------------------- | |
| | | | | | 7,938.28 | 7,938.28 | 0.00 | |
| | | | | | ============== | ============== | ============== | |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand | |

| /s/ | THOMAS J. GAFFNEY |
|---|---|
| Trustee's Signature: | _____  Date: 11/15/12 |
| | THOMAS J. GAFFNEY |

Page Subtotals                    0.00                    0.00

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

Ver: 17.00b